# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00383-CV

---

### C. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

#### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
#### NO. 20-0720, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The Texas Department of Family and Protective Services has filed an agreed motion to abate this appeal "so the parties can attempt to reach a conclusion on this matter." In the alternative, the Department requests an extension of its briefing deadline. After reviewing the motion and the record, we agree that the cause should be abated. We therefore grant the motion, abate this appeal, remand the matter for further proceedings, and need not reach movant's request for an extension of the briefing deadline. The parties are instructed to file a joint status update on or before November 9, 2022. Failure to do so may result in dismissal of the appeal.

Before Chief Justice Byrne, Justices Triana and Smith

Abated and Remanded

Filed:  October 10, 2022